EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
OMER G. POIRIER
Assistant U. S. Attorney
Room 6-100, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>          Plaintiff,  )<br>  )<br>     vs.  )<br>  )<br> RANDY IMOTO,  )<br>  )<br>          Defendant.  )<br>_____) | CR. NO. CR02-00400 HG<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 922o, 924(a)(2)<br>and 2252(a)(4)] |

INDICTMENT

Count 1

The Grand Jury Charges:

On or about September 23, 2002, in the District of Hawaii, the defendant, RANDY IMOTO, did knowingly possess a machine gun, that is a SGW Model XM-15 A1 .223 caliber machine gun, serial number X1654 in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

<u>Count 2</u>

The Grand Jury further charges:

On or about September 23, 2002, in the District of Hawaii, RANDY IMOTO did knowingly possess matters which contained visual depictions of minors engaged in sexually explicit conduct, namely, four magazines, with RANDY IMOTO, then knowing that said magazines contained visual depictions which involved the use of minors engaged in sexually explicit conduct, and which depictions were of such conduct, and which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Section 2252(a)(4).

DATED: Oct 3 2002, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Assistant U.S. Attorney

_____
OMER G. POIRIER
Assistant U.S. Attorney

<u>UNITED STATES VS. RANDY IMOTO</u>
Cr. No. _____
"Indictment"